UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Vicki Scott,

        Plaintiff,

vs.                                               ORDER

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.          Civ. No. 06-4032 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Motion [Docket No. 6] for Summary Judgment is denied.

2. That the Defendant's Motion [Docket No. 8] for Summary Judgment is granted.

BY THE COURT:

s/ Paul A. Magnuson
Dated: January 7, 2008         Judge Paul A. Magnuson
At St. Paul, Minnesota        United States District Court